No. 627. TERESA O. DE PREVOST v. ROBERT A. YOUNG. October 28, 1918. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Frank W. Hackett* for petitioner. *Mr. Frederick de C. Faust, Mr. Charles F. Wilson* and *Mr. George Kearney* for respondent.

---

No. 629. B. F. WERTZ v. DAVID ROSS. October 28, 1918. Petition for a writ of certiorari to the Supreme Court of the State of Oklahoma denied. *Mr. D. M. Tibbetts* for petitioner. No appearance for respondent.

---

No. 630. J. W. FERGUSON ET AL. v. BABCOCK LUMBER & LAND COMPANY. Appeal from the Circuit Court of Appeals for the Fourth Circuit. October 28, 1918. Petition for a writ of certiorari herein denied. *Mr. Mark W. Brown* and *Mr. F. A. Sondley,* for appellants, in support of the petition. *Mr. John Franklin Shields* and *Mr. A. Hall Johnston,* for appellee, in opposition to the petition. See *ante,* 540.

---

No. 631. JACOB LANDES, ETC., v. PAUL KLOPSTOCK, ETC. October 28, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Ernest A. Bigelow* for petitioner. *Mr. Arthur Mayer* for respondent.

---

No. 632. LOUIS LIEBMAN ET AL. v. PAUL KLOPSTOCK, ETC. October 28, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit

denied. *Mr. Ernest A. Bigelow* for petitioners. *Mr. Arthur Mayer* for respondent.

---

No. 640. LIFE PRESERVER SUIT COMPANY, INC., *v.* NATIONAL LIFE PRESERVER COMPANY ET AL. October 28, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Edward E. McCall* for petitioner. *Mr. W. Bourke Cockran* for respondents.

---

No. 643. JOSEPH COHEN *v.* PEOPLE OF THE STATE OF NEW YORK. October 28, 1918. Petition for a writ of certiorari to the Supreme Court of the State of New York denied. *Mr. Frank Moss* and *Mr. Samuel Marcus* for petitioner. *Mr. Merton E. Lewis* and *Mr. Alfred L. Becker* for respondent.

---

No. 645. NEW ORLEANS, MOBILE & CHICAGO RAILROAD COMPANY *v.* HILL MANUFACTURING COMPANY. October 28, 1918. Petition for a writ of certiorari to the Supreme Court of the State of Mississippi denied. *Mr. James N. Flowers* and *Mr. Joseph C. Rich* for petitioner. *Mr. Francis S. Laws* for respondent.

---

No. 646. SAMUEL J. ROSENTHAL ET AL. *v.* UNITED STATES. October 28, 1918. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Charles B. Stafford* for petitioners. No brief for the United States.